IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD BAYLOR, : | |
| Petitioner, : | |
| : | 1:13-cv-00081 |
| v. : | |
| : | Hon. John E. Jones III |
| J.E. KRUEGER, : | |
| Respondent. : | |

## ORDER

**September 5, 2014**

**NOW, THEREFORE**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED** as moot based upon Petitioner's August 18, 2014 release.

2. The Clerk of Court is directed to **CLOSE** the case.

s/ John E. Jones III
John E. Jones III
United States District Judge